Georgiana Fallert, Respondent, v. George W. Fallert, Appellant.— Order of the County Court of Kings county denying motion to vacate order to examine Joseph Fallert, Berthold Fallert and Henrietta Fallert as witnesses before trial reversed and order for examination vacated, with ten dollars costs and disbursements. Order of the County Court of Kings county denying motion to vacate order to examine Joseph Fallert Brewing Company as a witness before trial, reversed and the order for examination vacated, with ten dollars costs and disbursements. The necessary jurisdictional facts are not stated in the affidavits, upon which the said orders for examination were granted, and although the only action between the parties is one pending in the Supreme Court, each of these orders is entitled in an action in the County Court. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

In the Matter of the Application to Revoke the Letters Testamentary Issued to Frank E. O'Reilly, as Executor of Arthur J. Heaney, Deceased, Respondent, and to Remove Him as Testamentary Trustee under the Last Will and Testament of Arthur J. Heaney, Deceased. Arthur J. Heaney, Appellant. (Appeal No. 1.) Appeal dismissed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ., concurred.

In the Matter of the Application to Revoke the Letters Testamentary Issued to Frank E. O'Reilly, as Executor of Arthur J. Heaney, Deceased, Respondent, and to Remove Him as Testamentary Trustee under the Last Will and Testament of Arthur J. Heaney, Deceased. Arthur J. Heaney, Appellant. (Appeal No. 2.) Appeal dismissed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ., concurred.

In the Matter of the Judicial Settlement of the Account of Frank E. O'Reilly, as Executor, etc., of Arthur J. Heaney, Deceased, and as Executor of Mary J. Heaney, a Deceased Executor of Said Arthur J. Heaney, Deceased, Respondent. Arthur J. Heaney, Appellant.— Order of the Surrogate's Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ., concurred.

In the Matter of the Application and Petition of J. Edward Simmons and, Others, Constituting the Board of Water Supply of The City of New York Appellants, to Acquire Real Estate, etc., in the Town of Phillipstown, Putnam County, New York, for the Purpose of Providing an Additional Supply of Pure and Wholesome Water for the Use of the City of New York. James E. Horton, Respondent. Catskill Aqueduct, Section No. 2, Parcel No. 72. (No. 1.)— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

In the Matter of the Application and Petition of J. Edward Simmons and Others, Constituting the Board of Water Supply of The City of New York, Respondents, to Acquire Real Estate for and on Behalf of the City of New York, etc., in the Town of Phillipstown, Putnam County, New York, for the Purpose of Providing an Additional Supply of Pure and Wholesome Water for the Use of The City of New York. James E. Horton, Appellant. Catskill Aqueduct, Section No. 2, Parcel No. 72. (No. 2.)— Appeal dismissed, with ten dollars costs